Katherine Kelly Lutton (CA State Bar No. 194971)
lutton@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94070-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

Spencer Hosie (CA State Bar No. 101777)
shosie@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, California 94105
Telephone: (415) 247-6000
Facsimile: (415) 247-6001

Attorneys for Plaintiff
IMPLICIT NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. CV10-3746 JCS<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

    Plaintiff Implicit Networks, Inc. ("Plaintiff") and Defendant Hewlett-Packard Company ("Defendant"), hereby stipulate through their respective counsel of record as follows:

    WHEREAS, on or about August 24, 2010, Plaintiff served its Original Complaint and Demand for Jury Trial ("Complaint") upon Defendant;

    WHEREAS, the answer or other response to the Complaint is presently due on or before September 14, 2010;

1

1  WHEREAS, no trial date has yet been set in this action; and

2  WHEREAS, Plaintiff and Defendant, through their respective counsel of record have agreed
3  to extend the time by which Defendant must answer or otherwise respond to the Complaint.

4  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
5  attorneys of record that Defendant will have to and including November 12, 2010, to serve and file
6  an answer or other response to the Complaint.

7  IT IS HEREBY FURTHER STIPULATED by and between the parties hereto through their
8  respective attorneys of record that by entering into this stipulation, none of the parties waive any
9  rights with respect to the issues presented in this litigation and, specifically, Defendant does not
10 waive any rights or defenses with respect to the Complaint.

11

12 Dated: September 14, 2010          FISH & RICHARDSON P.C.

13

14                                    By: /s/ Katherine Kelly Lutton
                                          Katherine Kelly Lutton
15
                                      Attorney for Defendant
16                                    HEWLETT-PACKARD COMPANY

17

18 Dated: September 14, 2010          HOSIE RICE LLP

19

20                                    By: /s/ Spencer Hosie
                                          Spencer Hosie
21
                                      Attorney for Plaintiff
22                                    IMPLICIT NETWORKS, INC.

23

24

25

26

27

28

2
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT
Case No. CV10-3746 JCS

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Spencer Hosie.

Dated: September 14, 2010

FISH & RICHARDSON P.C.

By: */s/ Katherine Kelly Lutton*
Katherine Kelly Lutton

Attorney for Defendant
HEWLETT-PACKARD COMPANY

Dated: 9/16/10



3
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT
Case No. CV10-3746 JCS