SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Plaintiff
IMPLICIT NETWORKS, INC.

KATHERINE KELLY LUTTON
(CA State Bar No. 194971)
lutton@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94070-1526
(650) 839-5070 Tel.
(650) 839-5071 Fax

CHRISTOPHER O. GREEN (*pro hac vice*)
cgreen@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, Georgia 30309
(404) 892-5005 Tel.
(404) 892-5002 Fax

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Case No. CV 10-3746 SI <br><br> **STIPULATED MOTION TO EXTEND DATE FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiff Implicit Networks, Inc. ("Implicit") and Defendant Hewlett-Packard Company ("HP"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about August 24, 2010, Implicit served its Original Complaint and Demand for Jury Trial and on November 23, 2010 served its First Amended Complaint upon HP;

WHEREAS, the parties are discussing a possible resolution of this matter, and have now stipulated to conduct a mediation before JAMS (Judge Eugene F. Lynch, Ret.) on March 7, 2011;

1    WHEREAS, the Initial Case Management Conference in a related case, *Implicit Networks,*

2  *Inc. v. Juniper Networks, Inc.*, No. C 10-4234 SI, is currently scheduled to occur on February 18,

3  2011, at 2:30 p.m.;

4    WHEREAS, in another related case, *Implicit Networks, Inc. v. F5 Networks, Inc.*, No. C 10-

5  CV-3365 SI (in which the date for the Initial Case Management Conference Date is also currently

6  set to occur on January 21, 2011), the parties have also agreed to extend the date of the Initial Case

7  Management Conference to February 18, 2011[1];

8    WHEREAS the parties believe it would be beneficial to the efficient resolution of this

9  matter to continue the Initial Case Management Conference to February 18, 2011; and

10    WHEREAS, no trial date has yet been set in this action:

11    IT IS HEREBY STIPULATED by and between the parties hereto through their respective

12  attorneys of record that the date and time for the Initial Case Management Conference in this action

13  be re-scheduled for February 18, 2011, at 2:30 p.m., and the dates for serving and filing the Initial

14  Case Management Conference Statement and serving the parties' initial disclosures be extended

15  until February 11, 2011.

16  Dated:  January 13, 2011          FISH & RICHARDSON P.C.

17

18                                   By: /s/ Christopher O. Green
                                          Christopher Green
19
                                     Attorney for Defendant
20                                   HEWLETT-PACKARD COMPANY

21  Dated:  January 13, 2011          HOSIE RICE LLP

22

23                                   By:  */s/ George F. Bishop*
                                          George F. Bishop
24
                                     Attorney for Plaintiff
25                                   IMPLICIT NETWORKS, INC.

26

27

28  _____
    [1]    Implicit expects to file today in *Implicit v. F5* a stipulated motion requesting such re-scheduling.

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Christopher Green.

Dated:  January 13, 2011                    HOSIE RICE LLP


                                            By:  */s/ George F. Bishop*
                                                 George F. Bishop

                                            Attorney for Plaintiff
                                            IMPLICIT NETWORKS, INC.

3

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

The parties to this action will comply with the dates set forth in the accompanying

Stipulated Motion.

Dated:  January __, 2011

_____
Honorable Susan Illston
U.S. DISTRICT COURT JUDGE