SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. C 10-3746 SI<br><br>**STIPULATED MOTION TO EXTEND THE DATE FOR THE ADR SESSION AND [PROPOSED] ORDER** |

Pursuant to stipulation by and between the parties hereto, plaintiff Implicit Networks, Inc. ("Implicit") and defendant Hewlett-Packard Company ("HP"), through their respective attorneys of record, hereby request that the Court extend the date of the ADR Session to the date set forth below.

By stipulation of the parties, and Order of the Court dated November 22, 2010, the deadline to hold the ADR session was set for February 22, 2011.

The parties have now engaged JAMS (Judge Eugene F. Lynch, Ret.) to conduct private mediation, and scheduled an ADR Session for March 7, 2011.  Thus, the parties propose that the current date for the first ADR Session be extended to March 7, 2011. The Case Management Conference in this matter is set for January 21, 2011.

The parties represent that this extension will not delay any other dates set forth in the current schedule.  Accordingly, the parties stipulate and request that the Court order the following deadlines for the following case events:

| Event | Date |
|---|---|
| ADR Session | March 7, 2011 |

Dated:  January 12, 2011                            Respectfully submitted,


*/s/ George F. Bishop*_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE
drice@hosielaw.com
HOSIE RICE LLP

188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*


*/s/ Christopher O. Green*
CHRISTOPHER O. GREEN (*pro hac vice*)
cgreen@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA  30309

KATHERINE KELLY LUTTON
(CA Bar No. 194971)
lutton@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063-1526

*Attorneys for Defendant*
*HEWLETT-PACKARD COMPANY*

### CERTIFICATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order 45X.B, I, Spencer Hosie, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED:  January 12, 2011

*/s/ George F. Bishop*
George F. Bishop

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

The parties to this action will comply with the date set forth in the accompanying Stipulated Motion.

Dated: January __, 2011

_____
Honorable Susan Illston
U.S. DISTRICT COURT JUDGE