| | |
|---|---|
| Katherine Kelly Lutton (SBN 194971)<br>lutton@fr.com<br>Robert J. Kent (SBN 250905)<br>rjkent@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94070-1526<br>Telephone:  (650) 839-5070<br>Facsimile:   (650) 839-5071<br><br>Christopher O. Green (*admitted pro hac vice*)<br>cgreen@fr.com<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street, NE, 21st Floor<br>Atlanta, GA 30309<br>Telephone:  (404) 892-5005<br>Facsimile:   (404) 892-5002<br><br>Attorneys for Defendant,<br>HEWLETT-PACKARD COMPANY | Spencer Hosie (SBN 101777)<br>shosie@hosielaw.com<br>George F. Bishop (SBN 89205)<br>gbishop@hosielaw.com<br>Diane S. Rice (SBN 118303)<br>drice@hosielaw.com<br>William P. Nelson (SBN 196091)<br>wnelson@hosielaw.com<br>HOSIE RICE LLP<br>Transamerica Pyramid, 34th Floor<br>600 Montgomery Street<br>San Francisco, CA 94111<br>Telephone:  (415) 247-6000<br>Facsimile:   (415) 247-6001<br><br>Attorneys for Plaintiff,<br>IMPLICIT NETWORKS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>                      Plaintiff,<br><br>        v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>                      Defendant. | Case No. 3:10-CV-3746 SI<br><br>**JOINT STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE** |

Plaintiff and Counterclaim-Defendant Implicit Networks, Inc. ("Implicit") and Defendant and Counterclaimant Hewlett-Packard Company ("HP") (collectively the "Parties"), by and through their undersigned counsel of record identified below,  submit this Joint Stipulation of Dismissal Without Prejudice, pursuant to Federal Rule of Civil Procedure 41, Subsections 41(a)(1)(A)(ii) and 41(c).

1    Whereas Implicit and HP have agreed to dismiss **without prejudice** all claims and
2    counterclaims in this Action seeking relief with respect to U.S. Patent Nos. 6,324,685, 6,976,248
3    and 7,774,740 (collectively the "Application Server Patents"), but not to dismiss any other claims in
4    the Complaint or Counterclaim, the Parties hereby jointly submit this Joint Stipulation of Dismissal
5    **Without Prejudice**.
6    Accordingly, Implicit and HP stipulate and agree to, and hereby do, dismiss **without**
7    **prejudice**:
8    (1) From Implicit's First Amended Complaint (D.I. #24), only the claim identified following
9    and no others:
10   Count II - PATENT INFRINGEMENT (Application Server Patents);
11   (2) From HP's Counterclaims (D.I. 31), only the counterclaims identified below and no
12   others:
13   **In its entirety**:  Count IV License;
14   **Only to the extent the following counts seek relief with respect to the Application**
15   **Server Patents**:  Count I Declaratory Relief Regarding Non-Infringement, Count II,
16   Declaratory Relief Regarding Invalidity, Count VI Declaratory Relief Regarding
17   Damages and Count V Exceptional Case.
18   Implicit and HP stipulate and agree, further, that no claim or counterclaim seeking relief
19   with respect to U.S. Patent Nos. 6,629,163 or 7,711,857 (collectively named the "Dynamic Data
20   Flow Patents" in the Complaint) is dismissed hereby.
21   Respectfully submitted this 13th day of October, 2011.

23   Dated:  October 13, 2011                         FISH & RICHARDSON P.C.

25                                                   By: */s/ Christopher O. Green*
26                                                       Christopher O. Green
27                                                   Attorney for Defendant
                                                     HEWLETT-PACKARD COMPANY

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Susan Illston]

2

JOINT STIPULATION OF PARTIAL DISMISSAL WITHOUT
PREJUDICE
Case No. CV 10-3746 SI

1 | Dated: October 13, 2011    HOSIE RICE LLP

By: */s/ George F. Bishop*
George F. Bishop

Attorney for Plaintiff
IMPLICIT NETWORKS, INC.

## **DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Hewlett-Packard Company counsel.

Dated: October 13, 2011    HOSIE RICE LLP

By: */s/ George F. Bishop*
George F. Bishop

Attorney for Plaintiff
IMPLICIT NETWORKS, INC.