MICHAEL J. BETTINGER (SBN 122196)
SHANE BRUN (SBN 179079)
HOLLY HOGAN (SBN 238714)
IRENE YANG (SBN 245464)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
shane.brun@klgates.com
holly.hogan@klgates.com
irene.yang@klgates.com

Attorneys for Defendant
F5 NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F5 NETWORKS, INC.<br><br>　　　　　Defendant. | Case No. 3:10-cv-03365-SI<br><br>**DECLARATION OF HOLLY HOGAN IN SUPPORT OF DEFENDANTS' CLAIM CONSTRUCTION BRIEF** |
| IMPLICIT NETWORKS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY.<br><br>　　　　　Defendant. | Case No. 3:10-cv-03746-SI |

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br>    Plaintiff, <br><br> V. <br><br> JUNIPER NETWORKS, INC. <br><br>    Defendant. | Case No. 3:10-cv-04234 |

DECLARATION OF HOLLY HOGAN IN SUPPORT OF
DEFENDANTS' CLAIM CONSTRUCTION BRIEF

PRINTED ON RECYCLED PAPER

I, Holly Hogan, hereby declare as follows:

1. I am an attorney at the law firm of K&L Gates LLP and am counsel for Defendant F5 Networks, Inc. ("F5 Networks") in the above-captioned matter. I have personal knowledge of the matters set forth in this declaration and if called as a witness could competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of US Patent No. 6,629,163, dated September 30, 2003.

3. Attached hereto as Exhibit B is a true and correct copy of the article, "Strings: an Architecture for Building Media Applications," dated June 1, 2001, by L. Peterson.

4. Attached hereto as Exhibit C is a true and correct copy of Implicit Networks, Inc.'s ("Implicit") First Amended Complaint and Jury Demand dated December 20, 2010, in *Implicit Networks, Inc. v. F5 Networks, Inc.*

5. Attached hereto as Exhibit D is a true and correct copy of Implicit Network, Inc.'s First Amended Complaint and Demand for Jury Trial dated November 23, 2010, in *Implicit Networks, Inc. v Hewlett-Packard Company*.

6. Attached hereto as Exhibit E is a true and correct copy of Implicit Network, Inc.'s First Amended Complaint and Demand for Jury Trial dated December 1, 2010, in *Implicit Networks, Inc. v Juniper Networks, Inc*.

7. Attached hereto as Exhibit F is a true and correct copy of a letter from Implicit's counsel, Spencer Hosie to F5's counsel, Shane Brun, dated April 19, 2011.

8. Attached hereto as Exhibit G is a true and correct copy of US Patent No. 7,730,211, dated June 1, 2010.

9. Attached hereto as Exhibit H is a true and correct copy of the Amendment and Response to Office Action mailed December 4, 2009, dated December 18, 2009.

10. Attached hereto as Exhibit I is a true and correct copy of the Amendment and Response, dated January 29, 2010.

11. Attached hereto as Exhibit J is a true and correct copy of a document titled "Terminal Disclaimer to Obviate a Double Patenting Rejection Over a 'Prior' Patent," dated January 29, 2010.

12. Attached hereto as Exhibit K is a true and correct copy of the US Patent No. 6,629,163 Ex Parte Reexamination Certificate, dated June 22, 2010.

13. Attached hereto as Exhibit L is a true and correct copy of the Amendment and Response to Office Action mailed July 7, 2009, dated September 1, 2009.

14. Attached hereto as Exhibit M is a true and correct copy of "Interview Summary," dated October 23, 2009.

15. Attached hereto as Exhibit N is a true and correct copy of selected pages from the McGraw Hill Electronics Dictionary, Sixth Edition.

16. Attached hereto as Exhibit O is a true and correct copy of US Patent No. 7,711,857, dated May 4, 2010.

17. Attached hereto as Exhibit P is a true and correct copy of a chart labeled "Scout/Strings/Notes" comparing Scout to Implicit's Strings Technology.

18. Attached hereto as Exhibit Q is a true and correct copy of the presentation titled "'163 Re-exam Examiner Interview Presentation."

19. Attached hereto as Exhibit R is a true and correct copy of the "Amendment" dated September 24, 2009.

20. Attached hereto as Exhibit S is a true and correct copy of US Patent No. 5,299,304, dated March 29, 1994.

21. Attached hereto as Exhibit T is a true and correct copy of a document titled "Transmission Control Protocol, Darpa Internet Program, Protocol Specification," dated September 1981.

22. Attached hereto as Exhibit U is a true and correct copy of the article titled, "How the Internet Came to Be," dated 1993, by Vincent Cerf.

23. Attached hereto as Exhibit V is a true and correct copy of the article titled, "Shopping around for interoperability," in Computerworld, p. 87, dated September 11, 1989, by David H. Crocker.

24. Attached hereto as Exhibit W is a true and correct copy of the article titled, "The Battle between Standards: TCP/IP vs OSI – Victory through Path Dependency or by Qualify?," in Tineke M. Egyedi, et al. (eds.), Standardization and Innovation in Information Technology, SIIT - 2003 Proceedings, p. 161, dated 2003, by Ivo Maathuis and Wim A. Smit.

25. Attached hereto as Exhibit X is a true and correct copy of Implicit's Amended Disclosure of Asserted Claims and Infringement Contentions, dated May 26, 2011.

26. Attached hereto as Exhibit Y is a true and correct copy of a document titled "RFC 1060 – Assigned Numbers," dated March 1990.

27. Attached hereto as Exhibit Z is a true and correct copy of the article titled "Machine of the Year: The Computer Moves In," dated January 3, 1983 by Otto Friedrich.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of December, 2011 at San Francisco, California.

       /s/ Holly Hogan
       Holly Hogan