IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IMPLICIT NETWORKS INC.,

        Plaintiff,

  v.

HEWLETT-PACKARD COMPANY,

        Defendant.
                               /

No. C 10-03746 SI

**ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Currently before the Court is Implicit Network's third motion to compel discovery (Docket No. 93). Implicit challenges the sufficiency of HP's responses to Implicit's first set of requests for production relating to HP's Tipping Point/Threat Suppression Engine ("TSE") family of accused products. Docket No. 93. Implicit complains that it is unclear whether HP has provided full responses to the RFPs because, in correspondence between the parties, HP has not clarified whether it is resting on objections and, if so, which objections it is resting on. Also HP has not, according to Implicit, identified an end date when its unspecified "supplemental disclosures" will be completed. *Id*. As of this date, HP has not filed a response to Implicit's motion to compel.

The Court **ORDERS HP to file, by close of business June 8, 2012**, a response clearly identifying, for documents related to the TSE family of accused products: (1) which objections it is still asserting and the grounds for those objections; (2) whether document production is complete for the TSE family of accused products; and, if not, (3) when document production will be complete for the TSE family of accused products.

**IT IS SO ORDERED.**

Dated: June 5, 2012

                                                        SUSAN ILLSTON
                                                        United States District Judge