| | |
|---|---|
| SPENCER HOSIE (CA Bar No. 101777)<br>shosie@hosielaw.com<br>GEORGE F. BISHOP (CA Bar No. 89205)<br>gbishop@hosielaw.com<br>DIANE S. RICE (CA Bar No. 118303)<br>drice@hosielaw.com<br>HOSIE RICE LLP<br>600 Montgomery Street, 34th Floor<br>San Francisco, CA 94111<br>(415) 247-6000 Tel.<br>(415) 247-6001 Fax<br><br>Attorneys for Plaintiff<br>IMPLICIT NETWORKS, INC. | KATHERINE KELLY LUTTON<br>(CA State Bar No. 194971)<br>lutton@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94070-1526<br>(650) 839-5070 Tel.<br>(650) 839-5071 Fax<br><br>CHRISTOPHER O. GREEN (*pro hac vice*)<br>cgreen@fr.com<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street, NE, 21st Floor<br>Atlanta, Georgia 30309<br>(404) 892-5005 Tel.<br>(404) 892-5002 Fax<br><br>Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　　Defendant. | Case No. CV 10-3746 SI<br><br>**STIPULATED MOTION TO EXTEND DATE FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Case Management Conference<br>Date:　June 15, 2012<br>Time:　3:00 p.m. |

　　　　Plaintiff Implicit Networks, Inc. ("Implicit") and Defendant Hewlett-Packard Company ("HP"), hereby stipulate through their respective counsel of record as follows:

　　　　WHEREAS, a case management conference is currently scheduled to occur on June 15, 2012 at 3:00 p.m.;

　　　　WHEREAS, the parties have reached an agreement in principle to resolve this matter; and

　　　　WHEREAS, the parties request a 14-day continuance of the Case Management Conference in order to provide time to document the resolution;

1

1
2   WHEREFORE IT IS HEREBY STIPULATED by and between the parties hereto through
3   their respective attorneys of record that the date and time for the Case Management Conference in
4   this action be re-scheduled for June 29, 2012, at 3:00 p.m., or as soon thereafter as is convenient for
5   the Court.

6   Dated: June 13, 2012                FISH & RICHARDSON P.C.

7

8                                        By: /s/ Katherine K. Lutton
                                             Katherine K. Lutton
9

10                                       Attorney for Defendant
                                         HEWLETT-PACKARD COMPANY
11

Dated: June 13, 2012                HOSIE RICE LLP
12

13
                                         By: /s/ George F. Bishop
14                                           George F. Bishop

15                                       Attorney for Plaintiff
                                         IMPLICIT NETWORKS, INC.
16

17
                              **DECLARATION**
18
    Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty
19
    of perjury that concurrence in the filing of this document has been obtained from Christopher
20
    Green.
21
Dated: June 13, 2012                HOSIE RICE LLP
22

23
                                         By: /s/ George F. Bishop
24                                           George F. Bishop

25                                       Attorney for Plaintiff
                                         IMPLICIT NETWORKS, INC.
26

27

28

2

1    **PURSUANT TO STIPULATION IT IS ORDERED THAT**

2    The Case Management Conference is continued until ___July 6___, 2012 at ___3 p.m.___.

3    Dated: June 14, 2012

4    _____
        Honorable Susan Illston
        U.S. DISTRICT COURT JUDGE