| | |
|---|---|
| SPENCER HOSIE (CA Bar No. 101777)<br>shosie@hosielaw.com<br>GEORGE F. BISHOP (CA Bar No. 89205)<br>gbishop@hosielaw.com<br>DIANE S. RICE (CA Bar No. 118303)<br>drice@hosielaw.com<br>HOSIE RICE LLP<br>600 Montgomery Street, 34th Floor<br>San Francisco, CA 94111<br>(415) 247-6000 Tel.<br>(415) 247-6001 Fax<br><br>Attorneys for Plaintiff<br>IMPLICIT NETWORKS, INC. | KATHERINE KELLY LUTTON<br>(CA State Bar No. 194971)<br>lutton@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94070-1526<br>(650) 839-5070 Tel.<br>(650) 839-5071 Fax<br><br>CHRISTOPHER O. GREEN (*pro hac vice*)<br>cgreen@fr.com<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street, NE, 21st Floor<br>Atlanta, Georgia 30309<br>(404) 892-5005 Tel.<br>(404) 892-5002 Fax<br><br>Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　　Defendant. | Case No. CV 10-3746 SI<br><br>**STIPULATED MOTION TO EXTEND DATE FOR CASE MANAGEMENT CONFERENCE AND [P~~ROPOSED~~] ORDER**<br><br>Case Management Conference<br>Date:  July 6, 2012<br>Time:  3:00 p.m. |

　　　　Plaintiff Implicit Networks, Inc. ("Implicit") and Defendant Hewlett-Packard Company ("HP"), hereby stipulate through their respective counsel of record as follows:

　　　　WHEREAS, a case management conference is currently scheduled to occur on July 6, 2012 at 3:00 p.m.;

　　　　WHEREAS, the current date was set by the June 14, 2012, Order of this Court, pursuant to the stipulated motion from both parties, requesting a continuance of the then-scheduled CMC, in

1 order to provide time to document the resolution of this matter that had been reached by the parties; and

WHEREAS, the parties are in the final stages of drafting the documentation, but require a brief additional period for completion;

WHEREFORE IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the date and time for the Case Management Conference in this action be re-scheduled for July 13, 2012, at 3:00 p.m., or as soon thereafter as is convenient for the Court.

Dated: July 5, 2012                      FISH & RICHARDSON P.C.


                                         By: */s/ Katherine K. Lutton*
                                             Katherine K. Lutton

                                         Attorney for Defendant
                                         HEWLETT-PACKARD COMPANY

Dated: July 5, 2012                      HOSIE RICE LLP


                                         By:  */s/ George F. Bishop*
                                              George F. Bishop

                                         Attorney for Plaintiff
                                         IMPLICIT NETWORKS, INC.


**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Christopher Green.

1  Dated: July 5, 2012                HOSIE RICE LLP

3                                      By: /s/ George F. Bishop
                                            George F. Bishop

                                      Attorney for Plaintiff
                                      IMPLICIT NETWORKS, INC.

1  **PURSUANT TO STIPULATION IT IS ORDERED THAT**

2  The Case Management Conference is continued until  7/13   , 2012 at  3 p.m.  .

3  Dated: July 13, 2012

4  _____
   Honorable Susan Illston
   U.S. DISTRICT COURT JUDGE