1  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
2  GEORGE F. BISHOP (CA Bar No. 89205)
   gbishop@hosielaw.com
3  DIANE S. RICE (CA Bar No. 118303)
   drice@hosielaw.com
4  HOSIE RICE LLP
   600 Montgomery Street, 34th Floor
5  San Francisco, CA 94111
   (415) 247-6000 Tel.
6  (415) 247-6001 Fax

7  Attorneys for Plaintiff
   IMPLICIT NETWORKS, INC.

   KATHERINE KELLY LUTTON
   (CA State Bar No. 194971)
   lutton@fr.com
   FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
   Redwood City, California 94070-1526
   (650) 839-5070 Tel.
   (650) 839-5071 Fax

   CHRISTOPHER O. GREEN (*pro hac vice*)
   cgreen@fr.com
   FISH & RICHARDSON P.C.
   1180 Peachtree Street, NE, 21st Floor
   Atlanta, Georgia 30309
   (404) 892-5005 Tel.
   (404) 892-5002 Fax

   Attorneys for Defendant
   HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Case No. CV 10-3746 SI <br><br> **STIPULATED DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff, Implicit Networks, Inc. ("Implicit") and defendant Hewlett-Packard Co. ("HP") hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii): claims and counterclaims brought by Implicit against HP and claims and counterclaims brought by HP against Implicit are hereby dismissed WITH PREJUDICE; and that each party bears its own costs, expenses and attorneys' fees.

| | | |
|---|---|---|
| 1 | Dated: July 13, 2012 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Katherine K. Lutton* |
| 4 | | Katherine K. Lutton |
| 5 | | Attorney for Defendant<br>HEWLETT-PACKARD COMPANY |
| 6 | Dated: July 13, 2012 | HOSIE RICE LLP |
| 7 | | |
| 8 | | By: */s/ Spencer Hosie* |
| 9 | | Spencer Hosie |
| 10 | | Attorney for Plaintiff<br>IMPLICIT NETWORKS, INC. |

## **DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Katherine Lutton.

Dated: July 13, 2012    HOSIE RICE LLP

By: */s/ Spencer Hosie*
    Spencer Hosie

Attorney for Plaintiff
IMPLICIT NETWORKS, INC.

1   **IT IS SO ORDERED.**

2

3   DATED this 16 day of July, 2012.

4   _____

5   HONORABLE SUSAN ILLSTON
    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28